**Order entered September 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01201-CR

## GERRICK ANTHONY HAWTHORNE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-52867-Y**

## ORDER

Before the Court is appellant's September 16, 2020 motion for additional time to file his pro se response to the *Anders* brief filed on August 18, 2020. We **GRANT** appellant's pro se motion and **ORDER** his pro se response due on November 20, 2020.

We **DIRECT** the Clerk to send a copy of this order to appellant Gerrick Anthony Hawthorne, TDCJ# 02287853, John Lindey Unit, 1620 FM 3344, Jacksboro, Texas 76458.

/s/    BILL PEDERSEN, III
        JUSTICE